UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALEXIS OWENS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 20-389-JWD-SDJ** |
| **ANDREW SAUL** | |

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 11, 2022, (Doc. 9), to which no objection was filed;

**IT IS ORDERED** that the Motion to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction (Doc. 6), filed by Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security, is **DENIED without prejudice**, to be refiled in the event Plaintiff does not timely effectuate service within the extended time period.

In accordance with the Report and Recommendation issued by Magistrate Judge Johnson (Doc. 9), **IT IS FURTHER ORDERED** that Plaintiff is given an additional **21 days** from the date of this Opinion, to effect proper service on the United States Attorney General and to file proof of such service in the record. The previously issued Scheduling Order (Doc. 5) remains in effect.

**Plaintiff is hereby notified that failure to timely comply with this Opinion may result in the dismissal of her Complaint without further notice.**

Signed in Baton Rouge, Louisiana, on <u>June 24, 2022</u>.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**